[No. 25857-9-II.   Division Two.   June 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL T. O'CROTTY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 99-1-00482-8, David E. Foscue, J., entered April 10, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 25971-1-II.   Division Two.   June 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON M. STALKFLEET, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 99-1-00137-9, Joel M. Penoyar, J., entered May 19, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 25998-2-II.   Division Two.   June 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MACK C. COLQUITT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02362-7, Bryan E. Chushcoff, J., entered May 12, 2000. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Houghton, JJ.